**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC , <br><br> Plaintiff, <br><br> v. <br><br> CANARY CONNECT, INC., <br><br> Defendant. | 19-cv-3593 (VEC) <br><br> **STIPULATION** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the Defendant, CANARY CONNECT, INC., and counsel for the Plaintiff, ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC ("Plaintiff"), that Defendant's time to answer, respond or otherwise move with respect to the Complaint (Doc. #9, ECF) is extended to August 2, 2019, inclusive.

Dated:  New York, New York
        May 30, 2019

| THE LAW OFFICE OF GERARD F. DUNNE | HINSHAW & CULBERTSON LLP |
|---|---|
| By: /s/: *Gerard F. Dunne* <br>       Gerard F. Dunne | By: /s/: *Edward K. Lenci* <br>       Edward K. Lenci |
| 41 Union Square West, Suite 1125 <br> New York, New York 10003 <br> Tel.: (212) 645-2410 <br> Email: jerry.dunne@dunnelaw.net <br> *Attorneys for Plaintiff* | 800 Third Avenue, 13th Floor <br> New York, NY 10022 <br> Tel: (212) 471-6200 <br> Email: elenci@hinshawlaw.com <br> *Attorneys for Defendant* |

SO ORDERED: _____
                          U.S.D.J.

303760400v1 1016434