

**ATTORNEYS AT LAW**

800 Third Avenue
13th Floor
New York, NY 10022

212-471-6200
212-935-1166 (fax)
**www.hinshawlaw.com**

Edward K. Lenci
212-471-6212
elenci@hinshawlaw.com

June 28, 2019

**VIA ECF**

The Honorable Valerie E. Caproni
U.S. District Court, Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *Rothschild Broadcast Distribution Systems, LLC v. Canary Connect, Inc.*
     *Case No: 1:19-cv-03593-VEC*

Dear Judge Caproni:

We respectfully write in response to the "Order granting Letter Motion to Adjourn Conference," entered on May 31, 2019 (Dkt. 13), to advise the Court that the parties have reached an agreement in principle and are working to finalize a written agreement.

Thank you for your continued attention to this case.

Respectfully submitted,

*/s/ Gerard F. Dunne*
**Gerard Francis Dunne**
Law Office of Gerard F. Dunne, P.C.
156 Fifth Avenue, Suite 1223
New York, NY 10010
*Attorney For Plaintiff Rothschild Broadcast Distribution Systems, LLC*

-and-

*/s/  Edward K. Lenci*
**Edward K. Lenci**
Hinshaw & Culbertson LLP
800 Third Avenue, 13th Floor
New York, NY 10022
*Attorneys for Canary Connect, Inc.*

303955471v1 1016434