USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ROTHSCHILD BROADCAST
DISTRIBUTION SYSTEMS, LLC,

                      Plaintiff,

-against-

CANARY CONNECT, INC.,

                      Defendant.
-------------------------------------------------------------- X

19-CV-3593 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on June 28, 2019 (Dkt. 15), the parties notified the Court that they have reached an agreement in principle resolving all issues;

      IT IS HEREBY ORDERED THAT all previously scheduled conferences and other deadlines are cancelled.

      IT IS FURTHER ORDERED that this action will be dismissed with prejudice and without costs (including attorneys' fees) to either party on **July 29, 2019**, unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and explaining why the action should not be dismissed in light of the parties' settlement. To be clear, any request that the action not be dismissed **must** be filed **before July 29, 2019**; any request filed on or after that date may be denied solely on that basis.

      If the parties wish for the Court to retain jurisdiction to enforce their settlement agreement, not later than **July 22, 2019,** they must submit (1) their settlement agreement to the Court in accordance with Rule 6.A of the Court's Individual Practices and (2) a request that the

Court issue an order expressly retaining jurisdiction to enforce the settlement agreement.

*See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

**SO ORDERED.**

Date: **July 1, 2019**
     **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**